# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :   No. 142 MAL 2025
: 
       Respondent    :
:   Petition for Allowance of Appeal
:   from the **Unpublished**
       v.                 :   **Memorandum and Order** of the
:   Superior Court at No. 1239 MDA
:   2024 entered on February 24, 2025,
DENISE ANN GOHN,       :   **affirming** the Judgment of Sentence
:   of the Adams County Court of
       Petitioner    :   Common Pleas at No. CP-01-CR-
:   0000595-2023 entered on August
                                                20, 2024

## <u>ORDER</u>

PER CURIAM                                            **DECIDED: July 16, 2025**

**AND NOW**, this 16th day of July, 2025, the Petition for Allowance of Appeal is **GRANTED**, the order of the Superior Court is **VACATED**, and the case is **REMANDED** to the Superior Court for reconsideration in light of *Commonwealth v. Shifflett*, __ A.3d __, 2025 WL 1535292 (Pa. 2025).